

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

William Arnett,                              * From the 244th District Court
                                               of Ector County,
                                               Trial Court No. C-23-0621-CR.

Vs. No. 11-24-00074-CR                       * May 9, 2024

The State of Texas,                          * Memorandum Opinion by Williams, J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.